# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JEREMY MICHEAL JOHNSTON                                                       PLAINTIFF
ADC #655364

V.                            No. 3:20CV00110-DPM-JTR

STEVE FRANKS, Sheriff,
Greene County, *et al.*                                                       DEFENDANTS

## ORDER

On April 16, 2020, Plaintiff Jeremy Michael Johnston ("Johnston") informed the Court that he would soon be released from incarceration. Although he asked that his mail be sent to his grandmother's residence, he did not provide an address. *Doc. 5.* On April 27, 2020, mail sent to Johnston at his address of record, the Greene County Detention Facility, was returned undelivered, with the notation "Unable to Forward." *Doc. 6.*

The Court has previously notified Johnston of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3.* Furthermore, in light of his apparent release, it is unclear whether Johnston intends to pursue this lawsuit and, if so, whether he is still entitled to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to mail Johnston a free-world Application to Proceed *In Forma Pauperis.*

2.      If he intends to pursue this lawsuit, Johnston must, **on or before May 28, 2020**: (a) file a notice of his current mailing address; and (b) file a free-world Application to Proceed *In Forma Pauperis.* If he does not timely and properly comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

DATED this 28th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE