IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMY MICHAEL JOHNSTON
ADC #655364                                                                                    PLAINTIFF

v.                                        No: 3:20-cv-110-DPM-JTR

STEVE FRANKS, Sheriff, Greene
County; BRENT COX, Director, Greene
County Detention Center; and GREENE
COUNTY JAIL                                                                                 DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Johnston hasn't updated his address or filed a free-world *in forma pauperis* application. Doc. 7. Instead, his mail is still being returned undelivered. Doc. 8–10. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 May 2020