IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMY MICHAEL JOHNSTON
ADC #655364                                                                PLAINTIFF

v.                          No: 3:20-cv-110-DPM

STEVE FRANKS, Sheriff, Greene
County; BRENT COX, Director, Greene
County Detention Center; and GREENE
COUNTY JAIL                                                               DEFENDANTS

JUDGMENT

Johnston's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2020